# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-631

———————————————

K.H., Father of K.F., Minor
Child,

   Appellant,

   v.

THE GUARDIAN AD LITEM
PROGRAM,

   Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

May 30, 2018

PER CURIAM.

   AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, and Kimberly M. Garner of Ralph R. Deas Law Firm, Lake City, for Appellant.

Thomasina Moore, Statewide Director of Appeals, and David P. Krupski, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.